# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: KELLY VARHANIK  
111 BRISBANE DRIVE  
CARY, IL 60013  

SSN-xxx-xx-3021

Case Number: 08-73659

Case filed on: 11/12/2008  
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $0.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 001 | HOME LOAN SERVICES INC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | KELLY VARHANIK (PRO SE) | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | KELLY VARHANIK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | HOME LOAN SERVICES INC | 54,989.12 | 500.00 | 0.00 | 0.00 |
|  | Total Secured | 54,989.12 | 500.00 | 0.00 | 0.00 |
| 003 | AAMS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | AMERICAN COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ENHANCE RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | MEDICAL RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | OSI COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | PROFESSIONAL ACCOUNT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Grand Total: | 54,989.12 | 500.00 | 0.00 | 0.00 |

Total Paid Claimant: $0.00  
Trustee Allowance: $0.00  
Percent Paid Unsecured: 0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 03/26/2009    By /s/Heather M. Fagan